United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christopher Jason Grant  
    Debtor

Case No. 23-01032-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jun 08, 2023     Form ID: ntcnfhrg     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Jason Grant, P O Box 1208, Mechanicsburg, PA 17055-1208 |
| 5540057 | + | LIFE STORAGE, 958 PEIFFERS LANE, HARRISBURG, PA 17109-5907 |
| 5540058 | + | LOWER ALLEN TWP EMS, 2233 GETTYSBURG ROAD, CAMP HILL, PA 17011-7302 |
| 5540060 | + | NEW CUMBERLAND F C U, 345 LEWISBERRY RD, NEW CUMBERLAND, PA 17070-2306 |
| 5540061 | + | NICOLE YASENCHAK, 17 SAMPLE BRIDGE ROAD, MECHANICSBURG, PA 17050-2358 |
| 5542485 | + | New Cumberland Federal Credit Union, P.O. Box 658, New Cumberland, PA 17070-0658 |
| 5540062 | + | P RICHARD WAGNER ESQ, MANCKE WAGNER & SPREHA, 2233 N FRONT STREET, HARRISBURG, PA 17110-1083 |
| 5540063 |   | SNAP FINANCE LLC HEADQUARTERS, 1193 WEST 2400 SOUTH, WEST VALLEY CITY, UT 84119-1547 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5540048 | + | Email/Text: bankruptcy@cffinance.com | Jun 08 2023 18:51:00 | C&F FINANCE COMPANY, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 38456, HENRICO, VA 23231-0656 |
| 5540049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 19:04:14 | CITI CARD/BEST BUY, ATTN: CITICORP CR SRVS CENTRALIZED BANKR, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 5540050 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 18:51:00 | COMENITY BANK/BUCKLE, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5540051 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 18:51:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5540052 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2023 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5540064 |   | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 08 2023 18:51:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5540053 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 08 2023 19:04:10 | FHA/HUD, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5540054 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 08 2023 18:51:00 | FREEDOMPLUS, ATTN: BANKRUPTCY, PO BOX 2340, PHOENIX, AZ 85002-2340 |
| 5540055 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2023 18:51:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5540056 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2023 18:51:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5540059 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 08 2023 19:04:34 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO |

| | | | |
|---|---|---|---|
| 5540065 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 08 2023 18:51:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 BOX 26648, OKLAHOMA CITY, OK 73126-0648 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Christopher Jason Grant DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher Jason Grant,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−01032−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 5, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 12, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 8, 2023 |

ntcnfhrg (08/21)