# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire Telephone: (717) 232-6650
Kara K. Gendron, Esquire Fax: (717) 232-0477


June 20, 2023

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re: Christopher Jason Grant
 BANKRUPTCY CASE NO:1:23-bk-01032

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

131 Rutledge Alley
Mechanicsburg, PA 17050


Please remove old address from mailing matrix.

17 Sample Bridge Road
Mechanicsburg, PA 17050

Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal