# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com


Dorothy L. Mott, Esquire                                                Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                                      Fax:  (717) 232-0477


June 20, 2023

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Christopher Jason Grant
         Bankruptcy No:1:23-bk-01032

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

LIFE STORAGE
958 PEIFFERS LANE
HARRISBURG, PA 17109

to:

LIFE STORAGE
191 SALEM CHURCH RD
MECHANICSBURG, PA 17050


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law