IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Jason Grant<br>          Debtor(s)<br><br>MIDFIRST BANK<br>          Movant<br>   vs.<br><br>Christopher Jason Grant<br>          Debtor(s)<br>Nicole L Yasenchak<br>          Co-Debtor(s)<br><br>Jack N. Zaharopoulos<br>          Trustee | CHAPTER 13<br><br><br>NO. 23-01032 HWV<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Brian C. Nicholas, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of MIDFIRST BANK for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on August 31, 2023, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Christopher Jason Grant
131 Rutledge Alley
Mechanicsburg, PA 17050

<u>Co-Debtor(s)</u>
Nicole L Yasenchak
131 Rutledge Alley
Mechanicsburg, PA 17050

<u>Attorney for Debtor(s)</u>
Dorothy L. Mott, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

<u>Office of the US Trustee</u>
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: <u>August 31, 2023</u>

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com