IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-01032 |
| | : | |
| CHRISTOPHER JASON GRANT | : | CHAPTER 13 |
|    Debtor | : | |
| | : | |
| CHRISTOPHER JASON GRANT | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND MORTGAGE CO; | : | |
| CUMBERLAND COUNTY TAX | : | MATTER: MOTION FOR APPROVAL |
| CLAIM BUREAU; | : | OF SALE OF REAL ESTATE |
| SILVER SPRING TOWNSHIP, | : | |
| Jack N. Zaharopoulos, Esquire, Trustee | : | |
|    Respondents | : | |

## ORDER

     Upon consideration of Debtor's Motion to Sell Real Estate and to sell co-owner's interest in the real estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

     **IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 17 Sample Bridge Road, Mechanicsburg, Cumberland County, PA, to Addison Antonetti and Morgan Surratt for $268,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

     1. Payment of all closing costs for which Debtor and co-owner are liable.

2. Payment of attorney's fees in the amount of $3,500.00 to Mott & Gendron Law which shall be held in escrow and paid to the extent the requested fees are approved by the Court after the filing of a fee application and a hearing on the fee application."

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.

5. Payment in full of Cumberland County Tax Claim Bureau real estate taxes, if any.

6. Payment in full of Silver Spring Township municipal liens, if any

7. The net proceeds, after deduction for payments made pursuant to paragraphs 1 through 5 above, shall be divided between Debtor and Co-Owner.

8. If there are net proceeds remaining due and owing to Debtor after paying all the costs, fees and liens, set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor and co-owner, up to the amount of their exemptions in said property.

9. Any remaining net proceeds due to the Debtor, after paying all the costs, fees, and liens, set forth in the preceding paragraphs, shall be paid to the Chapter 13 Bankruptcy Trustee, to be applied to the amount due pursuant to Debtor's Plan.