**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **CHRISTOPHER JASON GRANT** | : | |
| **Debtor** | : | **CASE NO. 1:23-bk-01032** |
| | : | |
| | : | |
| | : | |


## REQUEST FOR CERTIFIED DOCUMENT/ORDER

COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire of Mott & Gendron Law, and hereby requests that an electronic certified copy of the following document be emailed to the undersigned at the email address provided below.


Docket entry #42 Order approving sale


Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Attorney ID #: 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com