# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

December 21, 2023

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Christopher Jason Grant
      Bankruptcy No:1:23-bk-01032

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the co-debtor listed below for the above-referenced client from:

NICOLE L. YASENCHAK
131 RUTLEDGE ALLEY
MECHANICSBURG, PA  17050-6308

to:

NICOLE L. YASENCHAK
6330 WHITEHILL DRIVE
MECHANICSBURG, PA  17050


Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law