# MOTT & GENDRON LAW

## _Attorneys and Counselors at Law_

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

January 9, 2026

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:  Christopher Jason Grant
         BANKRUPTCY CASE NO:1:23-bk-01032

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

1551 N 12th Ct
Apt 9 B
Hollywood, FL 33019


Please remove old address from mailing matrix.


Thank you for your attention to this matter.


Sincerely,


/s/ Sittal Neupane
Sittal Neupane, Paralegal