# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire                                    Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                          Fax:  (717) 232-0477

June 30, 2026

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:   Christopher Jason Grant
      BANKRUPTCY CASE NO:1:23-bk-01032

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

921 NW Fresco Way
Apt. 106
Jensen Beach, FL 34957

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/ Stevon Barnett
Stevon Barnett, Paralegal