UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>CHRISTOPHER JASON GRANT<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>CHRISTOPHER JASON GRANT<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:23-BK-01032-HWV |

### TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts: Excess disposable income.

2. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following: Debtor has not provided to Trustee pay stubs for the month(s) of July 2026.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor's plan.
   b. Dismiss or convert Debtor's case.
   c. Provide such other relief as is equitable and just.

Dated: July 20, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

Dated: July 20, 2026                    /s/ Ashley Schott

                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee